IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

SEP 1 7 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-cr-222 |
| v. | ) |
| | ) Receipt of Child Pornography |
| CHRISTOPHER ERIK OBALLE, | ) 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| | ) |
| *Defendant.* | ) Possession of Child Pornography |
| | ) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |
| | ) |
| | ) Forfeiture Notice |

**FILED UNDER SEAL**

**INDICTMENT**

September 2020 Term – at Alexandria, Virginia

COUNT ONE
Receipt of Child Pornography

THE GRAND JURY CHARGES THAT:

From in and around July 2013, through in and around June 2019, at or near Alexandria, Virginia, in the Eastern District of Virginia, the defendant, CHRISTOPHER ERIK OBALLE, using an ASUS Eee PC laptop computer, serial number obliterated, and an ASUS laptop computer, serial number D8N0CY295222337, knowingly received and attempted to receive a visual depiction using any means or facility of interstate or foreign commerce, and that had been shipped and transported in or affecting interstate or foreign commerce, by any means including by computer, the producing of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(In violation of Title 18, United States Code, Sections 2252(a)(2) & (b)(1).)

## COUNT TWO
### Possession of Child Pornography

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 3, 2020, at or near Alexandria, Virginia, in the Eastern District of Virginia, the defendant, CHRISTOPHER ERIK OBALLE, knowingly possessed and attempted to possess matter, that is, a Gateway laptop computer, serial number P248391015975, containing a Western Digital Hard Drive, serial number WXE208AT5146, that contained a visual depiction of a minor engaging in sexually explicit conduct, the producing of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which had been mailed and so transported, by any means including by computer.

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that the offense charged in Count Two of this Indictment involved a prepubescent minor and a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) & (b)(2).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS that there is probable cause that the property described below is subject to forfeiture.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant is hereby notified that, if he is convicted of either of the offenses charged in Count One and Count Two of this Indictment, he shall forfeit to the United States his interest in: (1) any and all matters that contain any visual depiction of a minor engaging in sexually explicit conduct in violation of the charged offenses; (2) any property, real or personal, constituting or traceable to gross profits or proceeds obtained from the offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, and any property traceable to such property.

The property subject to forfeiture includes, but is not limited to: (a) an ASUS Eee PC laptop computer containing a Seagate Hard Drive 250 GB, serial number 5VC3MMTD; (b) an ASUS laptop computer containing a Western Digital Hard Drive 250 GB, serial number 182912805166; (c) a Gateway laptop computer containing a Western Digital Hard Drive 320 GB, serial number WXE208AT5146; and (d) a MSI laptop computer containing a Western Digital M.2 Hard Drive, 512 GB, serial number 192912802818.

(In accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(a).)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: _____
Melissa Chong
Special Assistant United States Attorney

3